DANIEL J. BRODERICK, #89424
Federal Defender
CARRIE S. LEONETTI, Maryland Bar
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
SHELLY ANN THOMPSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:06-cr-304 AWI |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; AND ORDER THEREON |
| v. | ) ) | |
| SHELLY ANN THOMPSON, | ) ) | Date:  October 30, 2006 |
| Defendant. | ) ) ) | Time:  9:00 a.m. Judge: Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing, in the above captioned matter, scheduled for October 10, 2006,  may be continued to **October 30, 2006 at 9:00 a.m.**

The continuance sought is at the request of defense counsel to allow her sufficient time to receive and review discovery.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense

///

///

///

///

///

preparation pursuant to 18 U.S.C. §3161(h)(8)(A).

DATED:  October 4, 2006     McGREGOR W. SCOTT
United States Attorney

/s/ Sherrill A. Carvalho
SHERRILL A. CARVALHO
Assistant U.S. Attorney
Attorney for Plaintiff

DATED:  October 4, 2006     DANIEL J. BRODERICK
Federal Defender

/s/ Carrie S. Leonetti
CARRIE S. LEONETTI
Assistant Federal Defender
Attorney for Defendant

**O R D E R**

IT IS SO ORDERED.

**Dated:   October 6, 2006**     /s/ Anthony W. Ishii
0m8i78     UNITED STATES DISTRICT JUDGE