McGREGOR W. SCOTT
United States Attorney
SHERRILL A. CARVALHO
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 1:06-cr-00304 AWI |
|---|---|---|
| Plaintiff, | ) ) ) | REQUEST BY THE UNITED STATES FOR DISMISSAL OF FELONY INDICTMENT |
| v. | ) ) | |
| SHELLY ANN THOMPSON | ) ) | |
| Defendant. | ) ) | |

Comes now the United States, by and through its attorney of record, McGregor W. Scott, United States Attorney, and Sherrill A. Carvalho, Assistant United States Attorney, and request leave of the court to dismiss, without prejudice, the Felony Indictment as to Shelly Ann Thompson in the interest of justice.

DATED: January 11, 2007               Respectfully submitted,

                                      McGREGOR W. SCOTT
                                      United States Attorney

                                By    /s/  Sherrill A. Carvalho
                                      SHERRILL A. CARVALHO
                                      Assistant U.S. Attorney

**ORDERED**

IT IS SO ORDERED.

**Dated:   January 12, 2007**              /s/ Anthony W. Ishii
0m8i78                                 UNITED STATES DISTRICT JUDGE

1